IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Leah A. Seals, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-21-1631 |
| § | |
| The Hartford Financial § | |
| Services Group, Inc., et al., § | |
| § | |
| Defendants. § | |

## O R D E R

On May 9, 2022, Plaintiff, Leal A. Seals, and remaining Defendants, Hartford Life and Accident Insurance Company, ePlus, Inc., and the ePlus, Inc. Welfare Benefit Plan, filed a Joint Stipulation of Dismissal with Prejudice (docket no. 52) asserting that the parties have settled all disputes and that all claims and defenses asserted by either party are dismissed with prejudice. Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED** with prejudice against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 10th day of May, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE